IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| JEREMY L. JOHNSON, | |
|---|---|
| Petitioner, | 8:17CV191 |
| vs. | |
| SCOT FRAKES, Director; and BRAD HANSEN, Warden; | MEMORANDUM AND ORDER |
| Respondents. | |

Petitioner filed a Petition for Writ of Habeas Corpus ([Filing No. 1](#)) and a Motion for Leave to Proceed in Forma Pauperis ([Filing No. 2](#)). Habeas corpus cases attacking the legality of a person's confinement require the payment of a $5.00 filing fee. 28 U.S.C. § 1914(a). However, after considering Petitioner's financial status as shown in the records of this court (*see* inmate trust account statement at [Filing No. 3](#)), leave to proceed in forma pauperis will be granted and Petitioner is relieved from paying the filing fee. *See* 28 U.S.C. § 1915(a)(1).

IT IS THEREFORE ORDERED that: Petitioner's Motion for Leave to Proceed in Forma Pauperis ([Filing No. 2](#)) is granted. The next step in this case is for the court to conduct a preliminary review of the habeas corpus petition in accordance with Rule 4 of the *Rules Governing Section 2254 cases*. The court will conduct this review in its normal course of business.

Dated this 7th day of June, 2017.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge